FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2010 OCT 14 AM 9:15
[signature]
DEPUTY CLERK

Clerks Of Court
Miss. G. Sellers And
Gregory S. Leonard
United States District
Court
Middle District Court Of
Georgia
115 West Hancock Avenue
P.O. Box 1106
Athens, Georgia 30603

Docket No.: 3:10-cv-81

Date: October 12, 2010

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2010 OCT 14 AM 9:15
DEPUTY CLERK

Louis Edward Williams

Plaintiff

VS

3:10-cv-81

University Of Georgia
Athletics Department

Vince Dooley
Football Coach Of UGA
And
University Of Georgia Director
Of Athletics Department

Mr. Evans
University Of Georgia Director
Of Athletics Department

Greg McGarity
University Of Georgia Director
Of Athletics Department

Mark Richt
Football Coach Of UGA
2010-2011

Larry Munskin
Football Commentator

Presidents:

Fred C. Davis
Michael F. Adams

Board Of Regents:

Jesse Hill
Felton Jenkins
Larry Walker
Allan Vigil

   And
Et. Als.

    Defendants

This Case or Group of Law Suites, arise(s), out of Athens, Georgia 30602, from, the, University Of Georgia, in, Clarke County.

This particular Case is at issue, whereby, the, University Of Georgia Athletics Department chosed a series of the, Plaintiff, Louis Edward Williams (Lewis Williams) lyrics, Music, Voices songs and various etcs.) When Louis Edward Williams was in Junior High Shool and UGA played the lyrics, song, music, dance, voices and Entertainments as James Brown, the Musician living in Augusta, Georgia, but, the Entertainments are the Plaintiff, Louis Edward Williams.

Larry Monskm used, that, Entertainments, until, he retired, as, the Announcer for the Georgia Bulldogs Football Team on WRFC and Radio.

They are still playing and using the Charge For the Georgia Bulldogs Football Team, as, Late as September 18, 2010.

The University Of Georgia Officials have overlooked the Plaintiff, Louis Edward Williams,

and have not offered nor imparted the Plaintiff, Louis Edward Williams, any compensations and it has been More than Forty-years, eventhough, the, Plaintiff, Louis Edward Williams, attended the University Of Georgia and Graduated in, two, or three Major areas of the University.

Mr. Louis Edward Williams, is challenging the University Of Georgia for harms, hurts, damages and incorrigible and irreparable injuries in September through October 2010, there of.

The new Officials of the Athletics Department are still playing and using the Plaintiff, Louis Edward Williams, Professional Entertainments at, Football Games and the University Officials have not offered the Plaintiff, Louis Edward Williams, any, compensations, whatsoever.

Therefore, Mr. Louis Edward Williams, the Plaintiff, is bring Law Suite(s), against the University Of Georgia Athletics Department, in, Athens, Georgia 30602.

The University Of Georgia Athletics Department, specifically, Football, in, order, to get good coaching, Seasonablely to win Football games and to keep sending, Football players to get the Heisman Trophy Wins (Hershal Walker) and to keep sending Football players to the Pros.

This does not apply to Football, only, but, it applies to other Sport Programs at the University Of Georgia Athletics Department, as, Well (Golf, Basketball, Base Ball and Tennis and etcs. and Gymnastics.

However, the problem is, they (the University Of Georgia Officials and Board Of Regents and et. als.] name a few (Jesse Hill, Larry Walker, Felton Jenkins, Allan Vigil and et. als.) do refuse to "compensate" the plaintiff, Louis Edward Williams.

They do not want him to graduate, in his second (2nd) Major (psychology) or more nor draw a pay Check from the Institution.

The Defendants and et. als. want to Keep playin, that, James Brown (Louis Edward Williams (Lewis Williams)) songs and lyrics, musics, voices and Entertainments

and various etcs., in, order, to, win, more, Football Games.

Where is Louis Edward Williams' Commissions, over more than Forty-years materials or thereabout, the University Of Georgia Athletics Department has used and abused it discretion (Mayo Versus Lakeland Highlands Canning Company, 309 U.S. 310 (1940)).?

Even, Mr. Evans capitalized as the Athletics Director at the University Of Georgia, after, Mr. Vince Dooley, and copped out, as, a D.U.I. Charge, in, a, visit to Atlanta, Georgia. Mr. Evans, even, resigned, as, the UGA Athletics Director, in, July or August Of 2010.

In addition, the, next one, after, Mr. Evans[ Greg McGarity ], is getting ready to Capitalized off, of, that, James Brown's (Lewis Williams: Louis Edward Williams's ) Musics, Materials, lyrics, Voices and Entertainments, for, the, 2010-2011 Football Season, with, Mr. Mark Richt as head Football Coach.

The Plaintiff, Louis Edward Williams, demands, an "Action at Law" and "Suite in Equity" for incorrigible

and irreparable injuries(Beacon Theater Supra).

Of course! Mr. Richt has had successful, Football Seasons off of, that, James Brown(Lewis Williams, Louis Edward Williams), Musics, Materials, Lyrics, Voices and Entertainments and Songs and Etcs..

The Plaintiff, Louis Edward Williams, demands $30,000,000 (Thirty-Millions Dollars) for the use of his Professional Materials, Musics, Dances, Lyrics, Voices, Songs, Entertainments and Etcs., thereby, causing, him, damages and incorrigible and irreparable injuries(Beacon Theater Case).

Therefore, the Plaintiff, Louis Edward Williams, demands, "an Action at Law" and "Suite in Equity" for his injuries and entertainment.

Futhermore, Mr. Larry Munskins Would say, as, the Football Announcer.

"Y'all come on and play, that, James Brown Song;

Dooley Junkyard Dogs
Ronnie Swope, he will hit you and he will knock you.
Dooley Junkyard Dogs
The Benches are Rocking and

Bending.
Dooley Junkyard Dogs".

The Plaintiff, Louis Edward Williams, help to retire, Vince Dooley and Larry Munskin(the Announcer of U G A Football Games on WRFC Radio and Etcs. and Et. Als.).

Vince Dooley, as, Athletics Director at U G A in 2008 or thereabout and the Athletics Director, at, U. G. A, before, Mr. Vince Dooley and the President Of UGA, Fred C. Davis and the president before Fred C. Davis and the President Michael F. Adams, since, Fred C. Davis, have enjoyed and benefited from many, many, good, years, since, Fred C. Davis, off, of, Football Games success at the University Of Georgia.

The Plaintiff, Louis Edward Williams, has help Mr. Vince Dooley to have Winning Seasons in Football during his tenure as University Of Georgia Football Head Coach, with, Coach Erik Russell, by, his side, who, later, became, Head Coach of Football at Georgia Southern College.

The Movant, Louis Edward Williams, has helped Mr. Vince Dooley to,

even, become an Athletics Director for a number of years, as, success, off, of, that, James Brown (Louis Edward Williams) Materials, at the University of Georgia.

Mr. Petitioner, Louis Edward Williams, even, made, Mr. Vince Dooley a Multi-Millionaire, as, Head of the Althletics Department at the University of Georgia.

Your Honors! When, do, I, Profit? Where is my windfall? Where is prosperity? Where are my wages? When is my length of service, yield, profits? I have done the time. Where is mine?

I have presented my pro forma invoice. It is time for payment. When do I get paid?

Profusion has sat in. I have tried, profusively, to, be, indemnified.

Where is Justice for my years of Loyal Services? I would like, to, be, prosperous, also, but, I am not doing well, successful, flourishing, rich nor well-off, eventhough, I have tried prosperously.

The Petitioner has shown, that, exceptional circumstances warrant the exercise of the Court's discretionary powers, and that, adequate relief cannot be obtained in any other form or from any other Court (28 U. S. C. § 2254(b).

The plaintiff, Louis Edward Williams, has shown, that, this, is an action invoking the Court's Original Jurisdiction, under, Article III of the United States Constitution and United States Constitution, Amdt. 11 and 28 U.S.C. § 1251.

The Movant, Louis Edward Williams, has shown, that, this, Case is of such imperative public importance as to justify deviation from normal appellate practice and to require immediate determination and settlement in this Court (28 U. S. C. § 2101(e)); (United States Versus Nixon, 418 U.S.R. 683 (1974)).

Therefore, the Plaintiff, Louis Edward Williams, demands another $50,000,000 (Fifty-Millions Dollars), for the harms, hurts, wrongs and damages and incorrigible and

irreparable injuries (Loeshur VS. Parr).

The Defendants are causing and putting the Plaintiff, Louis Edward Williams, through, suffering, pain, agony and humiliation.

This is cruel and unusual Punishment (8th Amendment).

There Must be a Covenant of concering, contract, mutual agreement, compact and agree to a Covenant (Moose Lodge Supra).

Therefore, there Must be an invoking of the Original Jurisdiction of the Supreme Court of the United States (Article III of the United States Constitution, Amdt. 11 and 28 U.S.C. § 1251).

Furthermore, the Plaintiff, Louis Edward Williams, helped to produce a Heisman Trophy Winner, Running Back, Hershal Walker. Of course! Hershal went Pro.

The Plaintiff, Louis Edward Williams, helped to produce others, that, went Pro (Quarter Backs, Randy Johnson, Mat. Robertson and the Dallas Cowboys, picked a

Black Quarter Back from the University of Georgia).

There were Running Backs, Horace King, Kelvin McClee, Emmit Smith and et. als., such as, Ronnie Swope and Gene Washington.

In Summation, the Plaintiff, Louis Edward Williams, demands, that, his, Money, Legal Tender, and Earnings, be imparted and conveyed to Louis Edward Williams as soon as possible, after, Judgement is rendered and promulgated and with all deliberate speed(Brown Versus Board Of Education; Topeka Kansas).

The Plaintiff, Louis Edward Williams, demands, that, the Defendants and Et. Als. pay all Court Cost and Lawyer and Attorney Fees, including, Pro Se Fees, also(United States Versus Bankers Trust Company, 294 U.S. R. 240 (1935)).

The Petitioner, demands, that, He can proceed In Forma Pauperis, according, to, the, Statutory Law (28 U.S.C. §§ 1915 and 1746) and the Statutory Law of the Rules Of Appeallate Procedure, Rule Four(4).

The Plaintiff, Louis Edward

Williams, demands, that, this, Court establishes "Judicial Review", in favor of the Plaintiff, Louis Edward Williams(Malbury Versus Madison, therefore, establishing it Jurisdiction of "Final Arbitership", as, well(Malbury Versus Madison).

Louis Edward Williams

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

Certificate Of Due Process

I certify, that, Plaintiff, Louis Edward Williams, has served Due Process, upon, the United States District Court, in, Athens, Georgia 30603 and ask the Clerks of Court to serve Due Process, upon, the Defendants, since, the Defendants are such powerful Figures, in, the, Community and State of Georgia and are necessary and indispensable Parties, to, this, LaW Suite.

The Defendants and Et. Als. are essential Parties to this LaW Suite and the Defendants and Et. Als. have a Scheme, Schedule, plan, plot and contrive and design and devise, which patterns amount to a conspiracy, againt, the, Plaintiff, Louis Edward Williams.

They have combined for evil purposes. They have conspired to continue to do the aggrieve Party, Louis Edward Williams, wrong.

The Plaintiff is proceeding in Pro Sé and in, In Forma Pauperis(28 U.S.C. §§ 1915 and

1746).

The Defendants and Et. Als. have made egregious errors against the Plaintiff, Louis Edward Williams and refuse to correct them.

Therefore, the Plaintiff, Louis Edward Williams, filed this Law Suite, by, Certified Mail, Return Receipt, this, 12th day, in, October, 2010.

Louis Edward Williams

Louis Edward Williams
2085 S. Milledge Avenue
Apt. #213
Athens, Georgia 30605

Telephone No.
706-316-9002