**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P.O. BOX 128
MACON, GEORGIA 31202-0128

GREGORY J. LEONARD
CLERK
PHONE: 478-752-0711
FAX: 478-752-3450
gregory_leonard@gamd.uscourts.gov

OFFICES

| | |
|---|---|
| ALBANY | 31701 |
| ATHENS | 30601 |
| COLUMBUS | 31902 |
| MACON | 31202 |
| VALDOSTA | 31601 |

June 8, 2012

Mr. Louis Edward Williams
2085 S. Milledge Avenue
Apartment # 213
Athens, GA 30605

Dear Mr. Williams:

    This is in response to your two letters to my office dated June 6, 2012, requesting information on various civil cases filed in the Middle District of Georgia. The court's docket reflects that you have filed a total of nineteen (19) law suits since August 2010. The following is a list of those filings:

1. Civil Action Number 1:11-CV-102. Williams vs. U. S. Supreme Court. Judgment entered against you on November 09, 2011, before service on defendants.

2. Civil Action Number 3:09-CV-120. Social Security Disability Appeal. Judgment entered against you on August 20, 2010.

3. Civil Action Number 3:09-CV-121. Williams vs. Judge Steve Jones. Judgment entered against you on August 13, 2010, before service.

4. Civil Action Number 3:09-CV-122. Williams vs. Main Street Banking. Judgment entered against you on December 23, 2009, before service.

5. Civil Action Number 3:10-CV-81. Williams vs. University of Georgia. Judgment entered against you on December 20, 2010, before service.

6. Civil Action Number 3:10-CV-105. Williams vs. Athens Import Auto. Judgment entered against you on February 08, 2011, before service.

7. Civil Action Number 3:11-CV-21. Williams vs. Fred Davis. Judgment entered against you on April 07, 2011, before service.

8. Civil Action Number 3:11-CV-30. Williams vs. Clay Land. Judgment entered against you on April 07, 2011, before service.

Mr. Louis Edward Williams
June 8, 2012
Page Two

9. Civil Action Number 3:11-CV-54. Williams vs. Heyward Allen. Judgment entered against you on May 03, 2011, before service.

10. Civil Action Number 3:11-CV-55. Williams vs. Jimmy Britt. Judgment entered against you on May 3, 2011, before service.

11. Civil Action Number 3:11-CV-76. Williams vs. Athens Import Auto. Judgment entered against you on July 21, 2011, before service.

12. Civil Action Number 3:11-CV-77. Williams vs. Athens Import Auto. Judgment entered against you on November 04, 2011, before service.

13. Civil Action Number 3:11-CV-117. Williams vs. Governor Roy Barnes. Judgment entered against you on November 09, 2011, before service.

14. Civil Action Number 3:11-CV-128. Williams vs. Justice Byron White. Judgment entered against you on November 08, 2011, before service.

15. Civil Action Number 3:11-CV-129. Williams vs. Social Security Administration. Judgment entered against you on March 12, 2012, before service.

16. Civil Action Number 3:12-CV-23. Williams vs. Governor Nathan Deal. Judgment entered against you on May 3, 2012, before service.

17. Civil Action Number 3:12-CV-29. Williams vs. Governor Nathan Deal. Case open.

18. Civil Action Number 3:12-CV-41. Williams vs. Department of Community Health. Case open.

19. Civil Action Number 3:12-CV-54. Williams vs. Edwin Edwards. Case open.

This is the only summary of your civil cases filed in this district that will be provided to you. For further inquiries you should either obtain a PACER account to search electronically from your home computer or visit one of our Clerk's Offices to view your records on a public terminal.

Sincerely,

GREGORY J. LEONARD
CLERK

GJL/dhs